# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ERNESTINE MARCUM,**

      **Plaintiff,**

                                    **CASE NO.:  2:13-cv-435**

**v.**                                       **JUDGE GEORGE C. SMITH**
                                    **Magistrate Judge Deavers**

**SELINA R. MILLER,** *et al.***,**

      **Defendants.**

## ORDER

Plaintiff Ernestine Marcum initiated this action against Defendants Selina R. Miller, Karen Johnson, John Riley, Valarie Dixon, Mylisha Troy, and Keith Troy on May 7, 2013. However, Plaintiff did not pay the $400.00 filing fee or file an application for leave to proceed *in forma pauperis*. The Court then scheduled a hearing to determine if the case should proceed and Plaintiff failed to appear. Accordingly, the United States Magistrate Judge issued a Report and Recommendation (Doc. 5), recommending that this case be dismissed. The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. No objections have been filed.

The Report and Recommendation is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

        **IT IS SO ORDERED.**

                                                      */s/ George C. Smith*
                                                      **GEORGE C. SMITH, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**